THOMAS A. MOOREHEAD, Appellant, *v.* REALTY ASSOCIATES, Respondent.

*Moorehead* v. *Realty Associates*, 166 App. Div. 782, affirmed.
(Argued February 8, 1917; decided February 27, 1917.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 25, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action for the alleged services of the plaintiff as a broker in procuring for defendant a prospective purchaser of certain premises in the borough of Brooklyn, in which defendant was the owner of a two-thirds interest. The complaint was dismissed on the ground that the contract was contrary to public policy, being one between a public officer and a private individual brought about *ex colore officii*, and of a nature tending to interfere with the duty of the officer to his official trust.

*Henry L. Scheuerman* and *Arthur S. Levy* for appellant.

*Henry M. Dater, Jay S. Jones* and *Edward J. Fanning* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, POUND, MCLAUGHLIN and ANDREWS, JJ. Absent: CARDOZO, J.